Matter of Gaddy v Litman

2026 NY Slip Op 03117

May 19, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In re Matthew Gaddy, Petitioner,

v

Sara Litman, J.S.C., etc., et al., Respondents.

Decided and Entered: May 19, 2026

Appeal No. 6673, M-00546|Case No. 2026-00499|

Before: Moulton, J.P., Scarpulla, Kapnick, Shulman, Michael, JJ.

Matthew Gaddy, petitioner pro se.

Letitia James, Attorney General, New York (Charles F. Saunders of counsel), for Justice Sara Litman, respondent.

Alvin L. Bragg, Jr., District Attorney, New York (Franklin R. Guenthner of counsel), for Alvin L. Bragg, Jr., respondent.

[*1]

The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,

Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,

It is unanimously ordered that the application be and the same hereby is denied

and the petition dismissed, without costs or disbursements.

M-00546 Matter of Gaddy v Litman

Motion for waiver of costs, fees and expenses, granted.

THIS CONSTITUTES THE DECISION AND ORDER

OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: May 19, 2026